IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST, 2007-5, ASSET-BACKED CERTIFICATES, SERIES 2007-5, <br><br>Plaintiff, <br><br>V. <br><br>BRADLEY PIERCE and KRISTIN PIERCE, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § | No. 3:22-cv-2139-E |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated August 12, 2024, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.[1]

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 29th day of August, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] No Party filed objection to the United States Magistrate Judge's Findings and Recommendation. (*See* ECF No. 38).